UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA DOYLE,<br><br>        Plaintiff,<br><br>v.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>        Defendant.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>Pamela Wilcut,<br><br>        Third-Party Defendant. | Case No. 2:24-cv-00875<br><br>**[PROPOSED] ORDER GRANTING MIDLAND NATIONAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR INTERPLEADER, DEPOSIT, AND JUDGMENT, AND SUBSEQUENT DISMISSAL** |

Pursuant to Midland National Life Insurance Company's Unopposed Motion for Interpleader, Deposit, and Judgment, and Subsequent Dismissal, for good cause shown, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, it is hereby ordered:

    1. Midland's Counterclaim And Third-Party Complaint Of Interpleader against Ms. Doyle and Ms. Wilcut is Approved;

    2. Midland shall deposit the life insurance proceeds into the registry of the Court;

    3. Ms. Doyle and Ms. Wilcut, their heirs, successors, representatives, guardians and

[PROPOSED] ORDER GRANTING
MIDLAND NATIONAL LIFE INSURANCE
COMPANY'S MOTION FOR INTERPLEADER,
DEPOSIT, AND JUDGMENT, AND SUBSEQUENT
DISMISSAL- 1

FAEGRE DRINKER BIDDLE & REATH LLP
Attorneys at Law
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
+1 312 569 1000

assigns are restrained and enjoined from instituting any action or proceeding in any state or United States court against Midland in relation to the life insurance proceeds; and

4. Midland is dismissed from this lawsuit.

IT IS SO ORDERED BY THE COURT.

Dated: November 12, 2024

_____
The Honorable Judge Tana Lin
United States District Court Judge

[PROPOSED] ORDER GRANTING MIDLAND NATIONAL LIFE INSURANCE COMPANY'S MOTION FOR INTERPLEADER, DEPOSIT, AND JUDGMENT, AND SUBSEQUENT DISMISSAL - 2

FAEGRE DRINKER BIDDLE & REATH LLP
Attorneys at Law
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
+1 312 569 1000