UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA DOYLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>    Defendant. | Case No. 2:24-cv-00875<br><br>**AMENDED ORDER GRANTING MIDLAND NATIONAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR INTERPLEADER, DEPOSIT, AND JUDGMENT, AND SUBSEQUENT DISMISSAL** |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>Pamela Wilcut,<br><br>    Third-Party Defendant. | |

Pursuant to Midland National Life Insurance Company's Unopposed Motion for Interpleader, Deposit, and Judgment, and Subsequent Dismissal, for good cause shown, and in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, it is hereby ordered:

    1. Midland's Counterclaim And Third-Party Complaint Of Interpleader against Ms. Doyle and Ms. Wilcut is Approved;

    2. Midland shall deposit the life insurance proceeds into the registry of the Court;

    3. Ms. Doyle and Ms. Wilcut, their heirs, successors, representatives, guardians and

MIDLAND NATIONAL LIFE INSURANCE COMPANY'S
NOTICE OF MOTION AND MOTION FOR INTERPLEADER,
DEPOSIT, AND JUDGMENT, AND SUBSEQUENT
DISMISSAL- 1

assigns are restrained and enjoined from instituting any action or proceeding in any state or United States court against Midland in relation to the life insurance proceeds; and

4. Midland is dismissed from this lawsuit.

The Clerk is DIRECTED to deposit funds into the Registry of the Court in the principal amount of $187,045.71. *See* LCR 67(a).

IT IS SO ORDERED BY THE COURT.

Dated: November 27, 2024

_____
Tana Lin
United States District Judge

AMENDED ORDER GRANTING
MIDLAND NATIONAL LIFE INSURANCE
COMPANY'S MOTION FOR INTERPLEADER,
DEPOSIT, AND JUDGMENT, AND SUBSEQUENT
DISMISSAL - 2

FAEGRE DRINKER BIDDLE & REATH LLP
Attorneys at Law
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
+1 312 569 1000