Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA DOYLE,<br><br>   Plaintiff,<br><br> vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>   Defendant. | No. 2:24-cv-00875-TL<br><br>~~(PROPOSED)~~ ORDER OF DISTRIBUTION<br><br>NOTE ON MOTION CALENDAR:<br>December 19, 2024 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, a foreign corporation and life insurer,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>PAMELA WILCUT,<br><br>   Third-Party Defendant. | |

  This matter having come before the Court on the parties' stipulated motion for an Order of Distribution, and the Court having considered the matter,

~~(PROPOSED)~~ $ORDER OF DISTRIBUTION - 1
[Case No. 2:24-cv-00875-TL]

**LEPLEY LAW FIRM**
3633 136th Place SE, Suite 120
Bellevue WA 98006
T: (425) 641-5353
F: (425) 747-0611

IT IS HEREBY ORDERED that the Clerk is authorized and directed to draw checks on the funds deposited in the registry of this Court in the principal amount of $187,045.71, payable and delivered in the manner set forth below:

(a) The sum of $114,685.43 to "Pamela Wilcut," to be mailed to Northcraft Bigby PC, 819 Virginia St. Ste. C-2, Seattle, WA 98101;

(b) The sum of $72,360.28, to be made payable to "LePley Law Firm in trust for Jessica Doyle" and mailed to LePley Law Firm, 3633 136th Place SE, Ste. 120, Bellevue, WA 98006.

IT IS FURTHER ORDERED that subsequent to payment and disbursal of the funds above, this interpleader action may be dismissed with prejudice.

DATED this 20th day of December, 2024.

_____
HONORABLE TANA LIN
United States District Judge

LePley Law Firm

s/ *Patrick H. LePley*
Patrick LePley, WSBA #70
phl@lepleylawfirm.com
*Attorney for Plaintiff/Counter-Claim Defendant Jessica Doyle*

Northcraft Bigby PC

s/ *Aaron D. Bigby*
Aaron D. Bigby, WSBA #29271
aaron_bigby@northcraft.com
*Attorney for Third-Party Defendant Pamela Wilcut*

(PROPOSED) $ORDER OF DISTRIBUTION - 2
[Case No. 2:24-cv-00875-TL]

LEPLEY LAW FIRM
3633 136th Place SE, Suite 120
Bellevue WA 98006
T: (425) 641-5353
F: (425) 747-0611